TRUMAN RHODES, PLAINTIFF, *v.* THE UTICA, ITHACA AND ELMIRA RAILROAD COMPANY, DEFENDANT.

*Railroad company — neglect to maintain fences — when liable for injuries to cattle — when negligence of owner no defense.*

Where a railroad company neglects to maintain fences and cattle-guards along its line, as required by statute, and cattle get upon the track and are injured, the corporation is liable, although the owner is not an adjoining proprietor, and it does not appear how or when the cattle came upon the track. The mere negligence of the owner in permitting his cattle to stray upon the land of another adjoining the railway, or to run at large in the highway which crosses the track, is not a defense to the corporation.

*Corwin* v. *The New York and Erie Railroad Company* (13 N. Y., 42) and *Bradley* v. *The Buffalo and Erie R. R. Co.* (34 id., 432) followed.

EXCEPTIONS ordered to be heard in first instance at General Term.

The action was brought to recover the value of a horse killed by being run over by a train of cars on the track of defendant's road. It was tried by a jury and a verdict was rendered for the plaintiff.

*Jerome Rowe,* for plaintiff.   *M. Goodrich,* for defendant.

Opinion by JAMES, J.

LEARNED, P. J., concurred.

New trial denied, and judgment directed for the plaintiff on the verdict, with costs.